472 A.2d 241

Hesp v. Poplar Homes, Inc., Appellant.

590

Argued November 16, 1983. David J. Rosenberg, for appellant; James P. Gannon, for appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Affirmed.

BROSKY, J., filed a memorandum dissenting opinion.